# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **William Isaac Erwin,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00114-FDW |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **Ken Beaver,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2018 Order.

November 20, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court